**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NATHAN E. JACOBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 1332** |
| | ) | |
| U.S.A. SUPREME COURT CLERK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter is before the Court for consideration of petitioner's application to proceed *in forma pauperis* and *pro se* petition. The Court will grant the application and dismiss the petition.

Plaintiff alleges that the Clerk of the Supreme Court of the United States and his deputies have "fail[ed] to docket [his] writ of certiorari for full argument." Compl. at 1. He asks this Court both to compel the Supreme Court Clerk to file his papers and to award him $16 billion as compensation for the "dire psychological anguish" he has suffered. *Id.*

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Justices of the Supreme Court and the Supreme Court's administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992). In any event, judges and other court officials have absolute immunity for their actions taken in a

1



judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

The Court will dismiss this action for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). An Order consistent with this Memorandum Opinion will be issued separately on this same date.

United States District Judge

Date: 7/28/10